**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILFREE Y. LEBRON-CRUCETA**<br><br>**v.**<br><br>**JAMAL JAMISON, *et al.*** | **CIVIL ACTION**<br><br>**No. 26-8690** |

## ORDER

**AND NOW**, this 18th day of November, 2026, upon a petition by Wilfree Y. Lebron-Cruceta for a writ of habeas corpus, it is hereby **ORDERED**:

1. The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Respondents shall **IMMEDIATELY RELEASE** Lebron-Cruceta from custody and certify compliance with this order by a filing on the docket on **November 19, 2026**, regarding Lebron-Cruceta's custody status. Respondents shall return to Lebron-Cruceta immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3. Respondents shall not subject Lebron-Cruceta to any conditions of release including the imposition of any and all GPS monitoring technology or devices, except if that condition was in place immediately before his current detention.

4. Respondents are **ENJOINED** for a period of seven days following Lebron-Cruceta's release from custody pursuant to this order from detaining Lebron-Cruceta based on the same

putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.*

5. If the government seeks to detain Lebron-Cruceta after the period of seven days, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Lebron-Cruceta's remedy will recur.

6. The Clerk is **DIRECTED** to close this case.

**BY THE COURT:**

s/ Catherine Henry

**CATHERINE HENRY, J.**

* Lebron-Cruceta is not subject to mandatory detention under 8 U.S.C. § 1225. If Lebron-Cruceta is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.